UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC GREENE, | No. 2:22-cv-0524-KJM-CKD PS |
| Plaintiff, | ORDER |
| v. | |
| PRICE SELF STORAGE WEST LA, LLC, | |
| Defendant. | |

In June 2022, this court adopted the magistrate judge's findings and recommendations, dismissing plaintiff Cedric Greene's action for improper venue. Prior Order (June 28, 2022), ECF No. 7. In the order, the court declared Greene a vexatious litigant and enjoined him from filing any new complaints "unless he file[d] a motion for leave to open a new civil action accompanied by," in part, a declaration signed by an attorney attesting that the proposed complaint is non-frivolous and satisfies Federal Rule of Civil Procedure 11(b) and payment of the filing fee or a motion for leave to proceed in forma pauperis. Prior Order at 2–3. Greene then filed this second motion to disqualify and motion for leave to file new litigation. Mot., ECF No. 14.

Greene's current motion, although filed before this court, addresses only the Ninth Circuit Court of Appeals and the Circuit Court of Davidson County, Tennessee. *See generally id*. Greene asks the Ninth Circuit to disqualify itself and transfer his appeal and asks the Tennessee

1

Circuit Court for leave to file a new action. *Id.* at 2–3.  Greene's motion does not concern this district.  Additionally, Greene has not met the necessary requirements to file a new complaint in this court.  *See* Prior Order at 2–3.  Thus, the court **disregards this filing**.

This order resolves ECF No. 14.

IT IS SO ORDERED.

DATED: December 12, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE