UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC GREENE, | No. 2:22-cv-0524-KJM-CKD PS |
| Plaintiff, | ORDER |
| v. | |
| PRICE SELF STORAGE WEST LA, LLC, | |
| Defendant. | |

In June 2022, this court adopted the magistrate judge's findings and recommendations, dismissing plaintiff Cedric Greene's action for improper venue. Prior Order (June 28, 2022), ECF No. 7. Greene filed a motion for reconsideration of this court's order and asks this court to transfer his case to the Central District of California. Mot., ECF No. 9.

While a court may relieve a party from an order under Rule 60 of the Federal Rules of Civil Procedure for "mistake, inadvertence, fraud, or excusable neglect" or for "any other reason that justifies relief," Fed. R. Civ. P. 60(b)(1), (b)(6), Greene does not claim new facts or circumstances exist or otherwise offer a reason justifying relief or transfer, *see* E.D. Cal. R. 230(j)(3), (4). "[A] motion for reconsideration should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." *389 Orange St. Partners*

*v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999).  The court **denies plaintiff's request for reconsideration**.

This order resolves ECF No. 9.

IT IS SO ORDERED.

DATED:  December 12, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE