UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cedric Greene, | No. 2:22-cv-00524-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| Price Self Storage West LA, LLC, | |
| Defendant. | |

Plaintiff moves the court "to issue an order disqualifying itself from taking any further action from doing anything further." Mot. at 2, ECF No. 17. In particular, plaintiff does not want the court to rule on his "past submission," i.e., motion for reconsideration. *Id.* This case was closed on June 28, 2022 and this court has already ruled on plaintiff's motion for reconsideration. *See* Order, ECF No. 16. Thus, plaintiff's request is moot. Further, plaintiff's motion does not comply with this District's local rules on filing motions. *See* E.D. Cal. L.R. 230, 233. For the reasons above, plaintiff's request is **denied.**

This order resolves ECF No. 17.

IT IS SO ORDERED.

DATED: December 22, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1